IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| L. D. HOLLIDAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WSIE 88.7 FM RADIO STATION, | ) |
| SOUTHERN ILLINOIS UNIVERSITY | ) |
| at EDWARDSVILLE, | ) |
| THOMAS DEHNER, | )   Civil No. 04 - 237 - MJR |
| FRANKLIN L. AKERS, | ) |
| ANGELO GENE MONACO, | ) |
| KENT NEELY, SHARON K. HAHS, | ) |
| DAVID J. WERNER, and | ) |
| BOARD OF TRUSTEES of SOUTHERN | ) |
| ILLINOIS UNIVERSITY, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

**PROUD, Magistrate Judge:**

Before the Court are defendants' Motion for Sanctions **(Doc. 54)** and defendants' Third Motion for Extension of Time to Complete Discovery **(Doc. 63)**.

Both motions arise out of the pro se plaintiff's continuing failure to respond to defendants' discovery requests and defendants' resulting inability to prepare for trial. This case is presently set for trial on June 19, 2006.

Plaintiff has informed the Court that she is quite ill. **See, Doc. 62.** In view of her situation, the Court will not impose sanctions at this time. However, this case cannot continue to languish.

Upon consideration and for good cause shown, defendants' Motion for Sanctions

1

**(Doc. 54)** is **DENIED**.

The Court sets this case for a status conference on **April 26, 2006, at 10:00 a.m.**, before Magistrate Judge Clifford J. Proud, in the Federal Courthouse, East St. Louis, Illinois.  The Court will address defendants' Third Motion for Extension of Time to Complete Discovery **(Doc. 63)** at that time.

Personal appearance by plaintiff and defendants' counsel at the status conference is mandatory.

**IT IS SO ORDERED.**

DATE:  **March 24, 2006**.

                                                **s/ Clifford J. Proud**
                                                **CLIFFORD J. PROUD**
                                                **UNITED STATES MAGISTRATE JUDGE**