IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **L. D. HOLLIDAY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **WSIE 88.7 FM RADIO STATION,** | ) |
| **SOUTHERN ILLINOIS UNIVERSITY** | ) |
| **at EDWARDSVILLE,** | ) |
| **THOMAS DEHNER**, | )                    **Civil No. 04 - 237 - MJR** |
| **FRANKLIN L. AKERS,** | ) |
| **ANGELO GENE MONACO,** | ) |
| **KENT NEELY, SHARON K. HAHS,** | ) |
| **DAVID J. WERNER, and** | ) |
| **BOARD OF TRUSTEES of SOUTHERN** | ) |
| **ILLINOIS UNIVERSITY,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

The Court held a status conference with the parties on April 26, 2006.  At that

conference, among other issues, the status of discovery was addressed.  The Court has, by

separate order, entered an amended scheduling and discovery order.

Plaintiff has not served her initial disclosures or responded to defendants' interrogatories

and requests for production, despite having been ordered to do so on three separate occasions.

**See, Docs. 37, 40, and 46.**  The Court understands that plaintiff suffers from very serious

ongoing medical problems.  The state of plaintiff's health only partially excuses her tardiness,

however, as this case was filed in April, 2004, but her illness did not manifest itself until June,

2005.

1

At the status conference, plaintiff indicated that is feeling fairly well at the present time. If plaintiff intends to pursue this case, she must understand that she must now participate in the discovery process so that the case can be prepared for trial at the next setting.

The parties agreed that defendants shall take plaintiff's deposition at the Federal Courthouse on **June 1, 2006.**  The Court hereby orders the following:

1.      Plaintiff shall serve her initial disclosures and shall answer defendants' interrogatories and produce the documents requested by defendants on or before **May 25, 2006.**

2.      Plaintiff's deposition is scheduled for **June 1, 2006**, at the Federal Courthouse in East St. Louis, Illinois.  Defendant shall serve a notice of same on plaintiff, and defendant shall provide a court reporter.

3.      Plaintiff shall produce at her deposition all papers in her possession which relate to her claims and/or the computation of her damages.

**IT IS SO ORDERED.**

**DATE: April 28, 2006.**


s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATE MAGISTRATE JUDGE**

2