IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **L. D. HOLLIDAY,** | ) |
| Plaintiff, | ) |
| v. | ) |
| **WSIE 88.7 FM RADIO STATION,** **SOUTHERN ILLINOIS UNIVERSITY** **at EDWARDSVILLE,** **THOMAS DEHNER**, **FRANKLIN L. AKERS,** **ANGELO GENE MONACO,** **KENT NEELY, SHARON K. HAHS,** **DAVID J. WERNER, and** **BOARD OF TRUSTEES of SOUTHERN** **ILLINOIS UNIVERSITY,** | ) ) ) ) ) ) ) ) ) ) )   **Civil No. 04 - 237 - MJR**   Trial Setting: **February 26, 2007** |
| Defendants. | ) |

## AMENDED SCHEDULING ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, Defendants' Third Motion for Modification of Discovery and Scheduling Order **(Doc. 63)** is **GRANTED**.

The scheduling order is amended as follows:

1. All discovery shall be completed by **October 9, 2006.**

2. Plaintiff shall disclose her expert witnesses, if any, by **July 1, 2006**, and their depositions shall be taken by **August 1, 2006.**

3. Defendants shall disclose their expert witnesses, if any, by **August 21, 2006**, and their depositions shall be taken by **September 21, 2006.**

4. Dispositive motions shall be filed by **October 24, 2006.**

The settlement conference set for May 9, 2006, is cancelled.  The Court held a settlement conference on April 26, 2006, and will not schedule another conference at this time. The Court will consider holding another conference should all parties indicate to the Court that another conference is likely to be fruitful.  The Court encourages the parties to undertake settlement negotiations on their own.

A final pretrial conference is set before District  Judge Michael J. Reagan in accordance with  **SDIL-LR 16.2(b)** on **February 2, 2007, at 10:00 a.m.** in the Federal Courthouse, East St. Louis, Illinois.  The final pretrial conference set for June 9, 2006, is cancelled.

This case is set for jury trial beginning on **February 26, 2007, at 9:00 a.m.**

**IT IS SO ORDERED.**

**DATE:  April 28, 2006.**

    **s/ Clifford J. Proud**
    **CLIFFORD J. PROUD**
    **UNITED STATES MAGISTRATE JUDGE**