IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| L. D. HOLLIDAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Civil No. 04 - 237 - MJR** |
| v. ) | |
| ) | Trial Setting: |
| WSIE 88.7 FM RADIO STATION, et al., ) | **June 18, 2007** |
| ) | |
| Defendants. ) | |

### AMENDED SCHEDULING ORDER

**PROUD, Magistrate Judge:**

The following motions are before the court:

1. Plaintiff's Motion to Amend Scheduling Order **(Doc. 79)**;

2. Defendants' Renewed Motion for Sanctions **(Doc. 80)**;

3. Plaintiff's Motion for Sanctions **(Doc. 83)**;

4. Plaintiff's Motion for Protective Order **(Doc. 84)** and

5. Plaintiff's Motion in Opposition to Motion for Sanctions.  **(Doc. 85)**.

All of these motions arise out of the fact that discovery has not been completed. Defendants seek sanctions in **Doc. 80** because plaintiff has failed to diligently prosecute her case. Despite being ordered to do so on several occasions, plaintiff has not served her initial disclosures or fully responded to defendants' written discovery requests.  In addition, she has failed to appear for her deposition as scheduled.  Rather than participate in discovery, plaintiff asks the court to amend the schedule. **(Doc. 79)**.

Plaintiff's explanation for her failure to comply is that she suffers from serious physical and mental conditions for which she is undergoing treatment.  In her Motion for sanctions, **Doc.**

**83**, she asks the court to sanction defendants for filing a frivolous sanctions motion.  Plaintiff's sanctions motion must be denied for two reasons.  First, she did not comply with the mandatory safe harbor provisions of **Fed.R.Civ.P. 11(c)**.  Secondly, defendants' sanctions motion is plainly *not* frivolous.

Plaintiff does not contend that she has responded to defendants' discovery requests.  Rather, she takes the position that her health and her medical treatment prevent her from complying.  **See, Doc. 85**, response to defendants' motion for sanctions.  In her Motion for protective order, **Doc. 84**, plaintiff states that she has been "unable to comply with current discovery order due to the extraordinary circumstances of chronic illness."  It is not clear what type of protective order she wants; she asks the court to grant her motion so that she "can proceed on the merits of her Civil Rights case."

The court notes and rejects plaintiff's contention that defendants have also failed to comply with the scheduling order.  Defendants represent that they served their initial disclosures in October, 2004, and that plaintiff has never served any discovery requests upon them.  See, **Doc. 82, p.2**.  Plaintiff has not disputed that representation.

Were it not for plaintiff's illness, the court would recommend that her case be dismissed now for failure to prosecute.  In view of the circumstances, and with Judge Reagan's approval, the court will permit one more extension of the discovery and trial schedule.  **However, plaintiff must understand that she can no longer fail to participate in discovery.  This case will be tried or dismissed at the next setting.**

Upon consideration and for good cause shown, Plaintiff's Motion to Amend Scheduling Order **(Doc. 79)** is **GRANTED** and the scheduling order is amended as follows:

1. All discovery shall be completed by **March 31, 2007.**

2. Dispositive motions shall be filed by **April 10, 2007.** Responses to dispositive motions shall be filed no later than **May 4, 2007.**

3. A final pretrial conference is set before District Judge Michael J. Reagan in accordance with **SDIL-LR 16.2(b)** on **May 11, 2007, at 1:30 p.m.** in the Federal Courthouse, East St. Louis, Illinois. The final pretrial conference set for February 2, 2007, is cancelled.

4. This case is set for jury trial beginning on **June 18, 2007, at 9:00 a.m.**

The following motions are **DENIED**:

1. Defendants' Renewed Motion for Sanctions **(Doc. 80)**;

2. Plaintiff's Motion for Sanctions **(Doc. 83)**;

3. Plaintiff's Motion for Protective Order **(Doc. 84)**; and

4. Plaintiff's Motion in Opposition to Motion for Sanctions. **(Doc. 85)**.

**IT IS SO ORDERED.**

**DATE: January 31, 2007.**

> s/ Clifford J. Proud
> **CLIFFORD J. PROUD**
> **UNITED STATES MAGISTRATE JUDGE**