IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **L. D. HOLLIDAY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Civil No. 04 - 237 - MJR** |
| v. | ) | |
| | ) | |
| **WSIE 88.7 FM RADIO STATION, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

On the court's own motion, **Doc. 79** is ordered **SEALED** because it contains personal

medical information about the pro se plaintiff.

**IT IS SO ORDERED.**

**DATE: January 31, 2007.**


**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**