IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| L. D. HOLLIDAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 04 - 237 - MJR |
| v. ) | |
| ) | |
| WSIE 88.7 FM RADIO STATION, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE and ORDER**

**PROUD, Magistrate Judge:**

Defendants have filed a Motion for Summary Judgment.  **(Doc. 99)**.

*Lewis v. Faulkner*, **689 F.2d 100 (7th Cir. 1982)** requires that, when a defendant has filed a motion for summary judgment supported by affidavit, a plaintiff who "is not represented by counsel is entitled to receive notice of the consequences of failing to respond with affidavits to a motion for summary judgment." *Lewis*, **at 102**.   See also, *Timms v. Frank*, **953 F.2d 281, 286 (7th Cir.1992).**

**Plaintiff is hereby notified that** Fed.R.Civ.P. 56(e) states:

When a motion for summary judgment is made and supported as provided in this rule, an adverse party may not rest upon the mere allegations or denials of the adverse party's pleading, but the adverse party's response, by affidavits or as otherwise provided in this rule, must set forth specific facts showing that there is a genuine issue for trial.  If the adverse party does not so respond, summary judgment, if appropriate, shall be entered against the adverse party.

**Plaintiff is further notified that** the Court will accept as true any assertion of fact in the movants' affidavits unless the plaintiff submits affidavits or other documentary evidence contradicting the assertion.  Plaintiff may not merely rely on the allegations made in the

1

complaint.  She has to come forward at this stage with *affidavits or other evidence* to contradict the factual assertions made in the affidavits offered in support of the motions for summary judgment.

Plaintiff's response to the motion for summary judgment is due on **May 14, 2007.**

**IT IS SO ORDERED.**

**DATED: April 16, 2007.**

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**U.S. MAGISTRATE JUDGE**